UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARETHA D. BROWN,<br><br>                    Plaintiff,<br><br>     v.<br><br>ERIC FORBES,<br><br>                    Defendant. | CASE NO. C20-0480-RSM<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's IFP application (Dkt. 6) is GRANTED.  However, the undersigned recommends review.  The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 17th day of April, 2020.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS
PAGE - 1