1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARETHA BROWN,

                  Plaintiff,

      V.

ERIC FORBES,

                Defendant.

CASE NO.  C20-480-RSM

ORDER TO SHOW CAUSE

      This matter comes before the Court *sua sponte* and on the Court's April 3, 2020 Order denying pro se Plaintiff Aretha Brown's *ex parte* motion to seal case.  Dkt. #5.  Plaintiff has been granted leave to proceed in forma pauperis in this matter.  Dkt. #7.  Summonses have not yet been issued.

      In denying Plaintiff's motion to seal, the Court directed Plaintiff to re-file her IFP application, including her proposed complaint and any supporting exhibits, on or before April 30, 2020.  Dkt. #5 at 4.  The Court cautioned that failure to do so may result in dismissal of this case.  *Id.*  As of the date of this Order, Plaintiff has submitted her IFP application but failed to publicly re-file her complaint with any supporting exhibits.  Petitioner has likewise failed to timely move for an extension of time to re-file her complaint.

ORDER TO SHOW CAUSE - 1

1      The Court needs to hear from Plaintiff on this issue.  In Response to this Order, Petitioner

2 must write a short and plain statement telling the Court why this matter should not be dismissed

3 without prejudice for failure to prosecute.  This Response may not exceed **two (2) pages**.

4      Accordingly, the Court hereby finds and ORDERS that Plaintiff shall file a Response to this

5 Order to Show Cause containing the detail above no later than **twenty-one (21) days** from the date

6 of this Order.  Plaintiff's failure to file this Response will result in dismissal of this case.

7      The Clerk of the Court is directed to send a copy of this Order to Plaintiff.

8

9      DATED this 4th day of May, 2020.

10

11

12

RICARDO S. MARTINEZ

13 CHIEF UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

ORDER TO SHOW CAUSE - 2