UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARETHA BROWN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ERIC FORBES,<br><br>　　　　　　　Defendant. | CASE NO.  C20-480-RSM<br><br>ORDER OF DISMISSAL |

This matter comes before the Court *sua sponte* and on the Court's May 4, 2020 Order to Show Cause. Dkt. #8. Plaintiff Aretha Brown, proceeding pro se, filed this action on March 30, 2020. Dkt. #1. Plaintiff simultaneously moved to seal the case, citing concerns about confidentiality. Dkt. #2. Plaintiff has been granted leave to proceed in forma pauperis in this matter. Dkt. #7. Summonses have not yet been issued.

On April 3, 2020, the Court denied Plaintiff's motion to seal on the basis that it found no compelling reason to justify sealing the complaint, let alone the entire case. *See* Dkt. #5 at 3. However, in an abundance of caution and in consideration of Plaintiff's pro se status, the Court afforded Ms. Brown the opportunity to re-file her IFP application, including her proposed complaint, so that she

ORDER OF DISMISSAL - 1

may "remove any exhibits or information she does not wish to include in a publicly-filed document." *Id.* Plaintiff's original complaint and its attachments, which included a settlement letter from Plaintiff's previous counsel, have remained under seal. *See* Dkt. #1.

On May 4, 2020, the Court issued an order to show cause notifying Plaintiff that she submitted her IFP application but failed to publicly re-file her complaint with supporting exhibits. Dkt. #8 at 1. The Court directed Plaintiff to submit a short and plain statement within twenty-one (21) days explaining why this matter should not be dismissed for failure to prosecute. *Id.* at 2. The Court advised that failure to file a response would result in dismissal of this case.

As of the date of this Order, Plaintiff has failed to publicly file a complaint and has failed to respond to the Court's May 4, 2020 order to show cause. Accordingly, this matter is DISMISSED for failure to prosecute pursuant to LCR 41(b)(2).

DATED this 29th day of May, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2