UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARETHA BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC FORBES,<br><br>    Defendant. | CASE NO. C20-480-RSM<br><br>ORDER TO SHOW CAUSE |

    This matter comes before the Court *sua sponte* and on the Court's June 18, 2020 and July 17, 2020 Orders. Dkts. #13, #16. Plaintiff has been granted leave to proceed in forma pauperis in this matter. Dkt. #7. Summonses have not yet been issued.

    On April 3, 2020, the Court denied Plaintiff's motion to seal on the basis that it found no compelling reason to justify sealing the complaint, let alone the entire case. *See* Dkt. #5 at 3. In an abundance of caution and in consideration of Plaintiff's pro se status, the Court afforded Ms. Brown the opportunity to file an amended complaint so that she may "remove any exhibits or information she does not wish to include in a publicly-filed document." *Id.* Plaintiff's original complaint and its

ORDER TO SHOW CAUSE - 1

attachments, which included a settlement letter from Plaintiff's previous counsel and a 1099-MISC tax form, have remained under seal. *See* Dkt. #10.

Ms. Brown never filed an amended complaint, and the Court closed this case on May 29, 2020 for failure to prosecute. Dkt. #9. Plaintiff then contacted the Court and submitted a response to the Court's order to show cause. Dkt. #12. On June 18, 2020, the Court re-opened this case to allow Plaintiff additional time to file an amended complaint. Dkt. #13. Plaintiff filed a motion for relief from judgment, which the Court denied as moot on July 17, 2020. Dkt. #16. The Court explained that Plaintiff's case is open and has not been dismissed. Furthermore, it allowed Plaintiff an additional fourteen (14) days to file her amended complaint. *Id.* at 2. The Court advised that this amended complaint must be publicly filed and will not be sealed.

Because the Court kept Plaintiff's original complaint under seal to protect any potentially sensitive information, there is no operative complaint in this case. **Plaintiff must file an amended complaint in order to proceed.** As of the date of this Order, despite multiple extensions from this Court, Plaintiff has failed to file an amended complaint. Plaintiff has likewise failed to timely move for an extension of time to file her complaint.

The Court needs to hear from Ms. Brown on this issue. In Response to this Order, she must write a short and plain statement telling the Court (1) why she has not filed an amended complaint at this time; and (2) why this matter should not be dismissed without prejudice for failure to prosecute. This Response may not exceed **two (2) pages**.

Accordingly, the Court hereby finds and ORDERS that Plaintiff shall file a Response to this Order to Show Cause containing the detail above no later than **twenty-one (21) days** from the date of this Order. Plaintiff's failure to file this Response will result in dismissal of this case.

The Clerk of the Court is directed to send a copy of this Order to Plaintiff.

ORDER TO SHOW CAUSE - 2

1  DATED this 31st day of August, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE - 3